Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Dell Eugene Warfield

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DELL EUGENE WARFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-01895-EJY<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER<br><br>(FIRST REQUEST) |

Plaintiff Dell Eugene Warfield and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from September 23, 2026 to October 23, 2026, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules

for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly.

///

///

///

This is Plaintiff's first request for an extension, and it is made with good cause. Plaintiff's counsel respectfully requests this extension due to a heavy workload (three briefs due on same date), despite due diligence. The additional time will allow counsel time to fully research the issues presented.

Plaintiff requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

DATE: September 17, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: ______________________

Marc V. Kalagian
Attorney for plaintiff Dell Eugene Warfield

DATE: September 17, 2026 SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: ______________________

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

IT IS SO ORDERED:

______________________

THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: September 18, 2026